In the Matter of the Application of THE CORPORATION COUNSEL OF THE CITY OF NEW YORK, etc., Closing of OLD THIRD AVENUE, Formerly OLD FORDHAM AVENUE, etc., in the Borough of The Bronx, City of New York. JOSEPH F. FETYK, as Executor, etc., and Others, Appellants, Respondents; THE CITY OF NEW YORK and Others, Respondents, Appellants.— Order unanimously affirmed, without costs. (See Matter of City of New York [Old Third Ave.], 254 App. Div. 841; affd., 279 N. Y. 695.) Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

ARTHUR JAMES ISRAEL KRAUS, Appellant, v. THE BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK and THE CITY COLLEGE OF NEW YORK, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

BANK OF NEW YORK AND TRUST COMPANY and Others, Respondents, v. CHARLES V. SNEDEKER, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.*

CLARE TRACY, an Infant, by THOMAS TRACY, Her Guardian ad Litem, and THOMAS TRACY, Appellants, v. THE SOCIETY OF THE NEW YORK HOSPITAL, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

CHARLES H. WACKER, Respondent, v. JULIA C. WACKER, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

PATRICK KEEGAN, as Administrator, etc., of EDWARD KEEGAN, Deceased, Appellant, v. BORDEN'S FARM PRODUCTS CO., INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALVATORE DE SAPIO, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

MURIEL SALK, Respondent, v. JOSEPH NOTO, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

HENRY FRIEDSAM, Respondent, v. AUDUBON AMUSEMENT, INC., Appellant.— The decision in favor of plaintiff is against the weight of the credible evidence. On the record the defendant is entitled to judgment. Determination of the Appellate Term and the judgment of the Municipal Court unanimously reversed and judgment directed in favor of the defendant, with costs to the defendant in all courts. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX RIEDEL, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

* Affg. 173 Misc. ——.